**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 31, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

―――――――――――――――――――――――

STATE OF OKLAHOMA, et al.,

    Petitioners,

v.                                                                 No. 12-9526

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

    Respondent.

------------------------------

SIERRA CLUB,

    Intervenor - Respondent,

and

PACIFICORP, et al.,

    Amici Curiae.

―――――――――――――――――――――――

OKLAHOMA GAS & ELECTRIC
COMPANY,

    Petitioner,

v.                                                                 No. 12-9527

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

    Respondent.

------------------------------

SIERRA CLUB,

    Intervenor - Respondent,

and

PACIFICORP, et al.,

    Amici Curiae.

———————————————

**ORDER**
———————————————

Before **BRISCOE**, Chief Judge, **KELLY**, and **LUCERO**, Circuit Judges.
———————————————

    The Amicus Curiae Brief of states of Alabama, Alaska, Arizona, Kansas, Michigan, Montana, Nebraska, North Dakota, Ohio, South Carolina, Utah, West Virginia, Wyoming and the Louisiana Department of Environmental Quality in support of state of Oklahoma Petition for Panel or En Banc Rehearing is permitted and shall be filed by the court as of today.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk